CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 21 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEVON SUTHERLAND, IRA MADISON, and DEMETRICE MURRAY, Plaintiffs, | ) ) ) ) ) Civil Action No. 7:02-cv-00477 |
| v. | ) ) **FINAL ORDER** |
| RONALD ANGELONE, et al., Defendants. | ) ) By: Hon. James C. Turk ) Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that defendants' motion for summary judgment is hereby **GRANTED** and that the action is hereby stricken from the active docket of the court.

The plaintiffs are advised that they may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 20th day of March, 2006.

/s/ James C. Turk
Senior United States District Judge